## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Robert Rubalcado,

Vs. No. 11-11-00028-CR

State of Texas,

* From the 358th District
  Court of Ector County,
  Trial Court No. D-36,711.

* January 31, 2013

* Memorandum Opinion by McCall, J.
  (Panel consists of: Wright, C.J.,
  McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.